THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMELL R. McCULLOUGH, Respondent.

Submitted May 2, 2016; decided May 5, 2016

Motion by Innocence Project, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL INGRAM, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMA McGHEE, Also Known as Izzy, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP WRIGHT, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.